UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

KEVIN JON CRUPPENINK
  Dba V-8 Motors
LAURIE MAY CRUPPENINK

CHAPTER 13 PROCEEDING
CASE NUMBER: 11-21748
HONORABLE DANIEL S. OPPERMAN

      Debtor                     /

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of Carl C. Silver, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $2,686.00 in fees, and that the portion of such claim which has not already been paid, to wit $0.00 shall be paid by the trustee as an administrative expense of this case.

All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.    (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

.

```
Signed on July 08, 2011
                                        /s/ Daniel S. Opperman
                                       Daniel S. Opperman
                                       United States Bankruptcy Judge
```